Cross-examined.  I saw Jones try to make O'Day drink.  He gave her drink, and she drank of her own accord.

3.  John H. Elligood, sworn.  I know Elizabeth O'Day; her general character for speaking the truth is bad.  I would as soon not believe her as I would believe her on her oath.

4.  Sally Hurley.  Set aside, she being the wife of one of the co-defendants, and not competent because it may tend to the acquittal of the husband, a party.

5.  John Davis, sworn.  I know Elizabeth O'Day, never heard anything against her general good character.

Submitted without argument or charge.  Verdict, not guilty.

### STATE v. ISAAC COLLINS, free Negro.

Court of Quarter Sessions.  November 19, 1829.

*Stout's Notes.*

*Rogers* [for State].  *Layton* [for defendant].

| | | |
|---|---|---|
| 1 pair fustian trousers | value | [$]1.00 |
| 1 pair cotton trousers | value | 2.00 |
| | | $3.00 |
| | | 2 |
| Twofold value | | $6.00 |

Property [of] Isaac Watson.

1.  Isaac Watson, sworn.  About ten, October 4, in Nanticoke Hundred at my house, missed two pair trousers, suspected Isaac Collins.  About the time heard Isaac Collins in my kitchen.  I know him by his voice.  I obtained a warrant against him.  The constable searched his chest, and found my cotton trousers in his chest.  The other pair he did not find.  Afterward the other pair was found, so that I had restored to me both pair, value $3.00.  Isaac Collins passes as a free man.

2.  William T. Carlisle, sworn, constable.  Found the cotton trousers in Isaac's chest.  Isaac Watson claimed them.

3. Sally Parsons, sworn. The trousers were woven and made at our house. I helped to make them for Mr. Watson's black man.

4. Ann Parsons, sworn. The trousers were woven and made at our house. I helped make them.

5. John Dawson, sworn. I hired Isaac Collins. The white trousers were found at my house, Isaac said he got them of Mrs. Malony. The fustian pair were found afterward.

6. Nancy Dawson, sworn. I found one pair fustian trousers by warping bars. The other pair were found in Isaac Collins's chest.

Testimony closed on part of the State.

*Mr. Layton* opens to the Court and jury, and calls defendant's witnesses.

1. Tilghman Malony, offered.

2. George Hazzard, sworn.

Submitted without argument or charge. Verdict, guilty.

Judgment, twofold value—$6.00. Whipped twenty-one lashes. Sold in this state seven years. Pay costs, and committed.

## STATE v. POLLY DEPUTY.

Court of Quarter Sessions. November 19, 1829.

*Stout's Notes.*

*Rogers* [for State]. *Layton* [for defendant].

$$\begin{array}{lr} \text{One goose, value} & [\$]0.33 \\ & 4 \\ \hline \text{Fourfold} & [\$]1.32 \end{array}$$

Property of Alexander Kinney.

1. Alexander Kinney, sworn. Proves loss of the goose, value, time and place, etc.

2. Luke Donavin, sworn.